**People of the State of Illinois, Plaintiff-Appellee, v. Dean Wolfson, Defendant-Appellant.**

**Gen. No. 51,552.** 

First District, Second Division.
November 22, 1966.

Harry J. Busch and Jacob Shamberg, of Chicago (Warren D. Wolfson, of counsel), for appellant; William G. Clark, Attorney General of the State of Illinois, of Springfield (Fred G. Leach, Assistant Attorney General, of Springfield, Daniel P. Ward, State's Attorney of Cook County, of Chicago, and Elmer C. Kissane and E. James Gildea, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. **Not to be published in full.**